IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| United States of America, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | 8:02CR129 |
|  | ) |  |
| Richard J. Clark, | ) |  |
| Defendant, | ) |  |
|  | ) |  |
| and | ) |  |
|  | ) |  |
| B H Management Services, Inc., | ) |  |
| Garnishee. | ) |  |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against B H Management Services, Inc., the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against B H Management Services, Inc., whose address is 2626 Howell Street, Suite 925, Dallas, TX 75204.

DATED this 23rd day of August, 2007.

BY THE COURT:
/s Joseph F. Bataillon

JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT JUDGE