IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>RICHARD J. CLARK,<br><br>          Defendant,<br>  and<br><br>LOGAN STATE BANK,<br><br>          Garnishee. | 8:02CR129<br><br>EX-PARTE AND UNDER SEAL |

## EX-PARTE ORDER TO ISSUE WRIT OF GARNISHMENT

This matter is before this Court upon the United States of America's Application for a Writ of Garnishment requesting an order to issue a Writ of Garnishment against the Garnishee, Logan State Bank, for the purpose of garnishing funds owed to defendant Richard J. Clark. Pursuant to the Criminal Judgment entered against defendant Clark, and the government's Application specifying that as of May 10, 2022, defendant Clark owes a restitution balance of $80,821.60, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Garnishee Logan State Bank, 323 E. Seventh Street, Logan, IA 51546.

DATED this 10 day of May, 2022.

BY THE COURT:

SUSAN M. BAZIS
United States Magistrate Court Judge